UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERENCE MACK CARTER,<br><br>                       Plaintiff,<br><br>          -against-<br><br>NEW YORK STOCK EXCHANGE (NYSE),<br><br>                       Defendant. | 20-CV-4823 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued September 2, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 2, 2020
             New York, New York

                                                            *Louis L. Stanton*
                                                               LOUIS L. STANTON
                                                                   U.S.D.J.